IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN KERENSA,<br><br>   Plaintiff,<br><br>   vs.<br><br>FEDERAL DETENTION CENTER,<br><br>   Defendant. | No. C 04-5451 JSW (PR)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL**<br><br>(Docket No. 5) |

Plaintiff Benjamin Kerensa, a federal prisoner currently incarcerated at the Federal Correctional Institution in San Pedro, California filed a document labeled "motion for injunctive relief" on his pending federal criminal case raising civil rights complaints about the conditions of confinements at the federal jail in Dublin, California. The Court Clerk construed this motion as a new civil rights case and filed it under a new case number (docket no. 1). On October 18, 2006, Plaintiff moved to voluntarily dismiss the complaint, requesting that any filing fee associated with the case be waived (docket no. 5). Plaintiff's motion to dismiss is GRANTED and this complaint is hereby DISMISSED without prejudice. No fee is due.

IT IS SO ORDERED.

DATED: <u>November 27, 2006</u>

JEFFREY S. WHITE
United States District Judge